UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JUSTIN MARSHALL CRITT, | Case No. 24-cv-3828 (LMP/LIB) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| WARDEN, MCF – RUSH CITY, | |
| Respondent. | |

Before the Court is the Report and Recommendation ("R&R"), ECF No. 13, of United States Magistrate Judge Leo I. Brisbois, which recommends dismissing Plaintiff Justin Marshall Critt's petition for a writ of habeas corpus, ECF No. 1, as untimely. No objections have been filed to the R&R in the time permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The R&R (ECF No. 13) is **ADOPTED**;

2. Mr. Critt's petition (ECF No. 1) is **DENIED** as untimely; and

3. No certificate of appealability is issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 3, 2025                    *s/Laura M. Provinzino*
                                        Laura M. Provinzino
                                        United States District Judge